**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 15, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00013-CV

---

## IN RE VILLAGIO BUILDERS, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-46564**

---

## MEMORANDUM OPINION

On January 7, 2014, relator Villagio Builders, LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Brent Gamble, presiding judge of the 270th District Court of Harris County, to vacate an order imposing sanctions on relator.

Relator has not satisfied its burden to demonstrate entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also lift our stay granted on January 15, 2014.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.